UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTINE VISCOVICH,

                            Plaintiff,

        -v-

FENDI S.R.L. *and* FENDI ADELE S.R.L.,

                            Defendants.

20 Civ. 10567 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    For the reasons set out in the transcript of the conference held on November 15, 2021, the Court grants counsel's joint request to depose the two expert witnesses identified at the conference by **December 15, 2021**. For the avoidance of doubt, all other discovery is closed. Counsel are directed, by **January 7, 2022**, to each file a letter in accordance with this Court's Individual Rule 3(H), if they wish to move for summary judgment. Responsive letters are due by **January 14, 2022**. The Court does not invite replies.

    The next conference in this case is scheduled for **January 21, 2022, at 3 p.m.** This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: November 17, 2021
       New York, New York