UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KRISTINE VISCOVICH,

                         Plaintiff,

            -v-

FENDI S.R.L. *and* FENDI ADELE S.R.L.,

                        Defendants.

20 Civ. 10567 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court set the following briefing schedule:

- By March 4, 2022, plaintiff's brief in support of summary judgment and any *Daubert* motions is due;

- By April 8, 2022, defendants' brief in support of summary judgment and any *Daubert* motions, and in opposition to plaintiff's opening brief, is due;

- By April 29, 2022, plaintiff's brief (1) replying in further support of its summary judgment and *Daubert* motions and (2) in opposition to defendants' motion for summary judgment and *Daubert* motions is due; and

- By May 13, 2022, defendants' reply brief in further support of its summary judgment and *Daubert* motions is due.

For the avoidance of doubt, plaintiff's counsel confirmed at today's conference that plaintiff has dropped all claims other than its claim of a manufacturing defect.

SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge

Dated: January 21, 2022
 New York, New York